IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLAUDIA RODRIGUEZ,

    Petitioner,                   2:05-cv-0260-GEB-JFM-HC

    vs.

GLORIA HENRY, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 4, 2008, the magistrate judge filed findings and recommendations recommending denial of the petition and advising petitioner that objections to the findings and recommendations were due within twenty days. Petitioner did not file objections to the findings and recommendations. On July 14, 2008, this court adopted the findings and recommendations in full and denied the petition. Judgment was entered on the same day.

/////

/////

/////

1

On March 4, 2009, petitioner filed a letter requesting an opportunity to file objections to the findings and recommendations. Petitioner is referred to the provisions of Federal Rule of Civil Procedure 60(b) with respect to seeking relief from a judgment.

IT IS SO ORDERED.

Dated: March 12, 2009

GARLAND E. BURRELL, JR.
United States District Judge